IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report submitted July 12, 2006, the parties respectfully submit this Joint Status Report.

1. Plaintiff has received no correspondence from the Air Force Personnel Center ("AFPC") regarding the request that was referred there for action by the Air Force Legal Operations Agency ("AFLOA"). This September, 2005 referral from AFLOA to AFPC had resulted from plaintiff's earlier appeal of a "no records" response in Judge Advocate Civil Litigation case No. 05057. See Joint Status Report (December 21, 2005) at 1; Joint Status Report (February 24, 2006) at 1; Joint Status Report (April 28, 2006) at 1; Joint Status Report (July 12, 2006) at 1-2.

2. After sending another inquiry to the National Personnel Records Center ("NPRC") to check upon the status of the missing records

for the eleven officers that plaintiff had previously requested (Joint Status Report (July 11, 2006) at 2), plaintiff received eleven packages that presumably contain the missing records for each of those officers. However, plaintiff has been out of town performing temporary duty for much of the time since those packages arrived and has not yet been able to fully assess, tabulate, or work with the data.

3. In July 2006, plaintiff received a package containing copies of Clifton R. Kelly's awards and/or decorations. See Joint Status Report (July 12, 2006) at 2-3. However, as in the case of the aforementioned eleven officers, NPRC did not provide copies of the Special Orders and/or General Orders authorizing the awards and/or decorations that had also been requested as part of his FOIA request. Plaintiff sent another letter to NPRC in August, thanking them for the data they provided but notifying them that they had again provided an incomplete package. Plaintiff outlined the data that was still missing (i.e., copies of the Special Orders and/or General Orders), but no response has yet been received.

The parties propose to file their next joint status report as soon as the FOIA situation resolves itself, but not later than November 13, 2006, if there have been no definitive developments by that date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)

Attorney for Plaintiff

September 12, 2006

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-7955 (Phone)
(202) 353-7988 (Fax)

Attorneys for Defendant

September 12, 2006

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger