IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated September 12, 2006, the parties respectfully submit this Joint Status Report.

1. Plaintiff recently received a package dated October 26, 2006, from Eglin Air Force Base in response to the FOIA appeal being handled by Air Force Legal Operations Agency ("AFLOA"). See Joint Status Report (December 20/21, 2005) at 1; Joint Status Report (February 23/24, 2006) at 1; Joint Status Report (April 27/28, 2006) at 1; Joint Status Report (July 11/12, 2006) at 1-2; Joint Status Report (September 12, 2006) at 1. The package contained two hundred pages of documents, which plaintiff has not yet been able to completely analyze for compliance with his request. Plaintiff has until November 26, 2006 to notify Eglin AFB if the requested information satisfies his appeal. If it does, the appeal and underlying FOIA

request will be closed. If it does not, AFLOA's Information Litigation Branch will continue processing the appeal on behalf of the Secretary.

2. Regarding the Special and/or General Orders pertaining to Clifton R. Kelly (See Joint Status Report (July 11/12, 2006) at 2-3; Joint Status Report (September 12, 2006) at 2), plaintiff received a letter from NPRC stating that "[t]he additional request for the veterans general orders and/or special orders are not releasable under the Freedom of Information Act." Plaintiff wrote back to NPRC pointing out that the Air Force Personnel Center (AFPC) in San Antonio, TX, and the Air Force Reserve Personnel Center (ARPC) in Denver, CO have both previously sent him copies of General and/or Special Orders on military officers. Indeed, NPRC itself has also done so (Joint Status Report (September 12, 2006) at 2), and plaintiff identified several such cases to NPRC using their own reference numbers from their own letters and packages to illustrate that the requested information is freely releasable. No response has yet been received.

The parties propose to file their next joint status report as soon as the FOIA situation resolves itself, but not later than January 12, 2007, if there have been no definitive developments by that date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)

Attorney for Plaintiff

November 13, 2006

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-7955 (Phone)
(202) 353-7988 (Fax)

Attorneys for Defendant

November 13, 2006

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger