IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated November 13, 2006, the parties respectfully submit this Joint Status Report.

1. The Air Force has advised that it has no pending FOIA requests or appeals from plaintiff.

2. Plaintiff has received no correspondence from the National Personnel Records Center (“NPRC”) since the last status report. An inquiry was sent to the NPRC on or about January 8, 2007, regarding the status of the outstanding request there. See Joint Status Report (Nov. 13, 2006) at 2.

3. Plaintiff has continued his review and analysis of the data made available to date.

The parties propose to file their next joint status report as soon as the FOIA situation resolves itself, but not later than March 12, 2007, if there have been no definitive developments by that date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)

Attorney for Plaintiff

January 12, 2007

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353-7955 (Phone)
(202) 353-7988 (Fax)

Attorneys for Defendant

January 12, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger