IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02- 1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated November 13, 2006, the parties respectfully submit this Joint Status Report.

Plaintiff has received documents pertaining to Clifford R. Kelly from the National Personnel Records Center ("NPRC"). With this disclosure, it appears that no FOIA requests remain outstanding. Since requests to one agency were often answered by another, however, Plaintiff is currently cross-referencing all of the requests that he made and all the responses that he has received from various sources to verify that fact.

In the meantime, Plaintiff continues to review, analyze and assimilate the voluminous data that he has received, with an eye towards submitting a reconsideration request to the Air Force Board for Correction of Military

Records. See Plaintiff's Unopposed Motion to Stay Proceedings (January 22, 2003).

The parties propose to file their next joint status report on or before May 12, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644 2009 (Phone)
(703) 644 0013 (Fax)

Attorney for Plaintiff

March 12, 2007

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 353 7955 (Phone)
(202) 353 7988 (Fax)

Attorneys for Defendant

March 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory T. Jaeger