IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE/SUBSTITUTION OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian S. Smith as attorney of record for the United States. Service of all papers by opposing parties should be made via the Court's Electronic Case Management system. Mr. Smith's mailing address is:

Brian S. Smith, Trial Attorney
Room 4054, 1000 L St. NW
Washington, D.C. 20005

Other contact information for Mr. Smith appears in the signature block below.

Dated: May 10, 2007

s/Brian S. Smith
Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0391
(202) 353-7988 Fax
brian.smith@usdoj.gov

NOTICE OF FILING

I hereby certify that on May 10, 2007, a copy of the foregoing "NOTICE/SUBSTITUTION OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian S. Smith