IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated March 12, 2007, the parties respectfully submit this Joint Status Report.

Plaintiff reports that, in the time since the last Joint Status Report was filed, Plaintiff has been confronted with personal medical issues that needed to be addressed. He was also away from home for a period performing temporary duty at a remote location, and is currently in the process of transitioning to a new and different computer system. Nonetheless, he has continued to organize all of the accumulated data into comprehensible spreadsheets and charts to facilitate its analysis.

Interim review of this accumulated data has revealed the possible need for a supplemental Freedom of Information Act (FOIA) request.

Additional insight into this possibility will be gained once the new computer system is "up and running." Moreover, Plaintiff is working towards meeting in the next few weeks with several officers whose records remain in question, which will also impact whether further FOIA action is, indeed, required. It is anticipated that a final determination in this matter will be made long before the next Joint Status Report is filed on July 11, 2007.

Respectfully submitted,

s/Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644 2009 (Phone)
(703) 644 0013 (Fax)
Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd Hughes
TODD HUGHES
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch

Civil Division
Department of Justice
Attention: Classification Unit
1100 L. Street, NW
Washington, D.C. 20530
Tele: (202) 616-0391
Attorneys for Defendant

May 11, 2007

CERTIFICATE OF FILING

I hereby certify that on May 11, 2007, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Guy J. Ferrante