IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated May 11, 2007, the parties respectfully submit this Joint Status Report.

Plaintiff reports that, in the time since the previous status report, he has devoted many hours to reviewing the myriad documents that he has received from the Air Force. Great strides have been made in organizing all the data into charts and spreadsheets for meaningful analysis. Work continues in this regard.

Based upon analysis to date, Plaintiff in June forwarded three new Freedom of Information Act (FOIA) requests to Air National Guard and Air Force Reserve offices regarding officers who joined the Guard and

Reserve after their active duty Air Force service. Two of those requests remain pending.

Analysis to date has also revealed an apparent discrepancy between one of the Air Force Personnel Center's (AFPC) disclosures and other data in Plaintiff's possession. Plaintiff believes that this discrepancy will be resolved by another FOIA request to AFPC, which will be submitted soon.

Finally, Plaintiff located and personally contacted five officers whose records were in need of clarification, and is working on locating and contacting several others for the same reason. It is anticipated that these efforts will be completed before the next Status Report is filed.

The parties propose to file their next joint status report on or before September 11, 2007.

Respectfully submitted,

s/Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd Hughes
Assistant Director

s/Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0391

Attorneys for Defendant

July 11, 2007

CERTIFICATE OF FILING

I hereby certify that on July 11, 2007, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Guy J. Ferrante