IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated July 11, 2007, the parties respectfully submit this Joint Status Report.

Plaintiff reports that, in the time since the previous status report, he has continued to review and analyze the information received so far, generating spreadsheets, charts, and tables to illustrate the results.

In response to a Freedom of Information Act (FOIA) request in June, Plaintiff received a package from the Air Reserve Personnel Center containing additional data on seven officers. That data has been incorporated into the overall analysis.

Based upon the preceding data, Plaintiff is refining a follow-up FOIA to the Air Force Personnel Center, which will be submitted shortly.

In July, Plaintiff sent a FOIA request to Wright-Patterson Air Force Base for information relating to decorations to 13 officers there. It was assigned FOIA Control Number 07-852AB and Plaintiff was advised that no responsive documents could be located because Air Force regulations no longer require that they be maintained at local installations. A second search at Wright-Patterson AFB was also unsuccessful so Plaintiff's request was forwarded to the Air Force Personnel Center, where it was assigned FOIA Case No. 07-0279, for processing. In an interim response from HQ AFPC/DPDXI, the Personnel Center has advised that the matter is being processed as a "complex" case which may "take substantial time." They further advised that the National Personnel Center also has been contacted to search for records that may be responsive to Plaintiff's request.

In order to resolve an anomaly in the data that Plaintiff has already received, a FOIA request for a single Special Order was recently sent to Hanscom Air Force Base. This matter remains pending.

Finally, Plaintiff was able to locate and personally contact eight additional officers whose records were in need of clarification.

The parties propose to file their next joint status report on or before November 12, 2007.

Respectfully submitted,

s/Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd Hughes
Assistant Director

s/Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0391

Attorneys for Defendant

September 11, 2007

## CERTIFICATE OF FILING

I hereby certify that on September 11, 2007, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Guy J. Ferrante