IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated September 11, 2007, the parties respectfully submit this Joint Status Report.

Plaintiff reports that, in the time since the previous status report, he has continued to review and analyze the information received so far, generating spreadsheets, charts, and tables to illustrate the results.

In September, the FOIA Office at Hanscom AFB confirmed receipt of Plaintiff's request for a single Special Order. *Joint Status Report*, Sept. 11, 2007, at 2. In October, he received a copy of the requested record and, after further correspondence to confirm the results, the matter was closed.

On September 24th, Plaintiff submitted an appeal of Wright-Patterson AFB's "no-records" response in FOIA Case No. 07-852AB. See *Joint Status Report,* Sept. 11, 2007, at 2. The appeal is based on the fact that Plaintiff already received many copies of the same type of records from Wright-Patterson AFB under a previous FOIA request. He received a letter dated October 18, 2007, stating that the appeal had been received.

In a letter dated August 31, 2007, the Air Force Personnel Center (AFPC) advised that his request had been received and requested clarification of portions of it. [1] On September 21, AFPC sent Plaintiff an email requesting that he respond by September 25 with the clarifying information requested. On September 26, AFPC sent Plaintiff a letter stating that his FOIA case was closed since he had not responded to their questions in time. Unfortunately, Plaintiff was performing temporary duty (TDY) at a remote location at that time and did not receive either the email or the letter until returning home. He immediately sent AFPC an email containing the requested clarifications and asking that the matter not be closed due to the

[1] Wright-Patterson AFB forwarded Plaintiff's FOIA Case No. 07-852AB to AFPC where it was assigned FOIA Case No. 07-0279. See *Joint Status Report,* Sept. 11, 2007, at 2.

circumstances. After receiving no response, Plaintiff sent a letter in late October inquiring about the status of his request that his FOIA case not be closed. Plaintiff has received no response from AFPC.

Finally, Plaintiff was able to locate and personally contact three additional officers whose records were in need of clarification.

The parties propose to file their next joint status report on or before January 14, 2008.

Respectfully submitted,

s/Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd Hughes
Deputy Director

s/Dawn Goodman
Attorney

Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-1067

Attorneys for Defendant

November 12, 2007

CERTIFICATE OF FILING

I hereby certify that on November 12, 2007, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Guy J. Ferrante