IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated November 12, 2007, the parties respectfully submit this Joint Status Report.

Plaintiff reports that, in the time since the previous status report, he has continued to review and analyze the information received so far, generating spreadsheets, charts, and tables to illustrate the results.

In response to Plaintiff's September 24, 2007, appeal in FOIA Case No. 07-852B, the Wright-Patterson AFB FOIA Office sent an e-mail on December 18, 2007, stating that their History Offices did another search and still could not locate the requested records.

However, their 88th Air Base Wing Military Personnel Flight was able to locate some of the records and they provided 11 pages of records in an attachment to the December 18 e-mail. The data provided closed out the information requested on 8 of 23 officers, but 15 still remain outstanding. They also said they are continuing their search and requested some additional information from Plaintiff to help them possibly locate the records. After searching through his records, Plaintiff sent the Wright-Patterson AFB FOIA Office an e-mail message on December 22, 2007, with the additional information they requested.

In his December 22 email, Plaintiff also inquired about a couple pieces of data that had been attached to the Wright-Patterson AFB FOIA Office's December 18 e-mail, which had apparently been scanned and was a bit blurry. On December 26, 2007, Plaintiff received another email from the Wright-Patterson AFB FOIA Office clarifying the data.

In November, Plaintiff received a letter from the Air Force Personnel Center in response to his request that FOIA Case No. 07-0279 not be closed. It basically stated that they were unable to reopen the case, but that Plaintiff could submit a new FOIA request to

which they would take any appropriate actions. However, based on the developments discussed in the paragraphs above, it appears that the Wright-Patterson AFB FOIA Office is already working to obtain the requested records. [1]

Finally, Plaintiff continues his efforts to locate and personally contact additional officers for clarification of their records, but was unsuccessful since the previous joint status report.

The parties propose to file their next joint status report on or before March 14, 2008.

Respectfully submitted,

s/Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

[1] FOIA Case No. 07-0279 resulted from the Wright-Patterson AFB FOIA Office forwarding Plaintiff's July 23, 2007, FOIA request (Case No. 07-852B) to the Air Force Personnel Center.

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
Deputy Director

s/Dawn Goodman
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-1067

Attorneys for Defendant

January 14, 2008

CERTIFICATE OF FILING

I hereby certify that on January 14, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Guy J. Ferrante