IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated January 14, 2008, the parties respectfully submit this Joint Status Report.

In January 2008, Plaintiff submitted a new FOIA request to HQ, Air Force Personnel Center (AFPC), to obtain information about two Air Force promotion boards. This data was needed to clarify information obtained from other records that the Air Force has provided. This request was assigned FOIA Case No. 08-0109 and, in February, Plaintiff received some of the data that he was seeking. Plaintiff asked that AFPC reconsider its decision to withhold some of the requested information, but AFPC would not relent. Plaintiff is preparing to appeal this partial denial.

Also in February, Plaintiff sent an inquiry to the FOIA Office at Wright-Patterson AFB about the status of his September 24, 2007, appeal in FOIA Case No. 07-852AB, regarding copies of Special Orders authorizing the award of decorations to several officers. See *Joint Status Report* (Jan. 14, 2008) at 2-3. On February 27, he received a response from the FOIA Office relating that they were told by the assigned action officer that 7 of the requested records had been located, but only 4 were forwarded to the FOIA Office. The FOIA office provided those 4 records to Plaintiff, who quickly discovered that 3 of the 4 had been provided previously and were no longer needed. So only 1 of the records provided was relevant to Plaintiff's request. In March, after several weeks away performing temporary duty (TDY), Plaintiff advised the Wright-Patterson FOIA Office of the foregoing and again asked for the records he seeks. He also provided background information, as requested, to assist the FOIA Office in locating the documents. This matter remains pending.

Finally, Plaintiff has continued to correlate and analyze the data that he has received so far.

The parties propose to file their next joint status report as soon as the FOIA situation resolves itself, but not later than May 14, 2008, if there have been no definitive developments by that date.

Respectfully submitted,

s/Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)
Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
Deputy Director

s/Dawn Goodman
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-1067

Attorneys for Defendant

March 14, 2008

CERTIFICATE OF FILING

I hereby certify that on March 14, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Guy J. Ferrante