IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY S. WOLLAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1744C |
| | ) | Judge Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated January 28, 2003 and the parties' Joint Status Report dated May 14, 2008, the parties respectfully submit this Joint Status Report.

In the time since the last status report, Plaintiff received a letter from HQ, Air Force Personnel Center (AFPC) in response to his FOIA appeal in Case No. 08-0109. It advised that they stood by their original decision not to release the information that Plaintiff requested and that the appeal was being forwarded to the Air Force's General Litigation Division (HQ AF JACL) for review and decision. In early June 2008, Plaintiff received a letter from the Air Force Legal Operations Agency (AFLOA/JACL), dated May 23, 2008, notifying him that they received the appeal on May 22, 2008, and assigned it

an internal case number, JACL # 2008-0045. They stated that when they completed their review they would forward the appeal to the Office of the Secretary of the Air Force for final action and that that office would respond directly to him concerning that action.

Regarding Plaintiff's appeal to the Wright-Patterson Air Force Base (AFB) FOIA Office in Case 07-852AB, Plaintiff received an e-mail from the FOIA office on May 14, 2008, indicating that they had determined that some the FOIA office's official records had been sent to AFPC. See Joint Status Report (May 14, 2008) at p. 3. On May 21, 2008, Plaintiff inquired whether the Wright-Patterson AFB FOIA Office would be forwarding his appeal to AFPC for the records on the other eight officers that were still outstanding. Getting no response, Plaintiff sent another inquiry on June 22, 2008, to determine whether the Wright-Patterson AFB FOIA Office forwarded his appeal for the records requested on the remaining eight officers to AFPC. The Wright-Patterson AFB FOIA Office responded on June 24, indicating that they had just sent an e-mail to AFPC to inquire on the records for the other eight officers. There has been no further correspondence on this issue.

Plaintiff sent a brief FOIA request to Holloman AFB in July in an attempt to obtain one or two clarifying records on an officer who he located through his own investigation, but has been unable to contact personally.

Although Plaintiff was able to contact only one additional officer whose records are in need of clarification since the previous status report, he has made significant strides, through searches of public records and otherwise, and believes to have located four others. He anticipates having contacted them by the time the next status report is filed.

Finally, Plaintiff continues to update his spreadsheets and to analyze the available data.

The parties propose to file their next joint status report as soon as the FOIA situation resolves itself, but not later than September 15, 2008, if there have been no definitive developments by that date.

Respectfully submitted,

s/Guy J. Ferrante
GUY J. FERRANTE
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
(703) 644-2009 (Phone)
(703) 644-0013 (Fax)

Attorney for Plaintiff

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
Deputy Director

s/Dawn Goodman
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-1067

Attorneys for Defendant

July 10, 2008

## CERTIFICATE OF FILING

I hereby certify that on July 10, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Guy J. Ferrante